No. 03-9258. DIXON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03-9259. CAUDLE v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-9261. PAYNE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03-9267. WILLIAMS v. HUMPHREY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03-9268. TAGGART v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 03-9270. COLEMAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03-9278. ALLEN v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03-9294. BROOKS v. CALIFORNIA (two judgments). Sup. Ct. Cal. Certiorari denied.

No. 03-9295. PARISI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03-9296. MONNAR v. HINES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-9305. CRUTCHFIELD v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 03-9306. CUTTS ET UX. v. LINCOLN FINANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 03-9307. DIXON, AKA MOHHOMMED v. OISTEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 03-9308. SNOW v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.